UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| TINA MARIE HOLLIER | CASE NO. 6:21-CV-02629 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE DAVID J. AYO |

## JUDGMENT

Before this Court is a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(1) filed by the government. (Rec. Doc. 4). This motion was referred to United States Magistrate Judge David J. Ayo for report and recommendation. After an independent review of the record, including the objection filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, the decision of the Commissioner of Social Security in this matter is **AFFIRMED** and, accordingly, all claims by claimant Tina Marie Hollier are **DENIED** and **DISMISSED** without prejudice.

**THUS DONE AND SIGNED** at Lafayette, Louisiana, this 28th day of March, 2023.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE